**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Deborah Smith
Street, Apt. No.; or PO Box No.: 7875 Readding Rd.
City, State, ZIP+4: Cincinnati, OH 45237

7010 3090 0000 8524 9608

PS Form 3800, August 2006    See Reverse for Instructions